| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
January 27, 2022
Nathan Ochsner, Clerk

Mary Gaye, §
    Plaintiff, §
§
v. §     Civil Action H-21-2738
§
The Independent Order of §
Foresters and Akinlaja Odufuye, §
    Defendants. §

## Order of Adoption

On January 7, 2022, Magistrate Judge Peter Bray recommended that the court deny Mary Gaye's motion to remand (5) and dismiss the claims against Odufuye without prejudice. Neither party filed objections. The court adopts the report and recommendation (13) as its memorandum and opinion.

Signed at Houston, Texas, on January 27, 2022.

_____
Lynn N. Hughes
United States District Judge